[No. 23584-0-III.   Division Three.   December 20, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. BURTON ROBERT FUNK, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-02447-2, Tari S. Eitzen, J., entered November 16, 2004. *Reversed with instructions* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Brown, JJ.

[No. 32357-5-II.   Division Two.   December 22, 2005.]

*In the Matter of the Marriage of* CARMEN R. EVANS, *Respondent,* and RILEY D. EVANS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-3-00546-8, Anna M. Laurie and Bryan E. Chushcoff, JJ., entered September 27, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Penoyar, J.

[No. 23281-6-III.   Division Three.   December 22, 2005.]

GLEN HULT ET AL., *Respondents,* v. ROBERT RUSSELL ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Grant County, No. 03-2-00574-2, Evan E. Sperline, J., entered July 9, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 23478-9-III.   Division Three.   December 22, 2005.]

*In the Matter of the Marriage of* LINDA L. CROSS, *Appellant,* and JEFFREY F. CROSS, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87-3-01702-6, Maryann C. Moreno, J., entered September 16, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Thompson, J. Pro Tem.